IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISOMERIC PHARMACY SOLUTIONS, LLC, a limited liability company, and WILLIAM O. RICHARDSON, RACHEL S. CRUZ, and JEFFERY D. BROWN, individuals,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:17-cv-00852<br><br>Judge Robert J. Shelby |

The court granted United States' Unopposed Motion Requesting Entry of Consent Decree.  Dkt. 3.  A Consent Decree of Permanent Injunction has been entered in this case and this decree acts as the final judgment in this action.  Dkt. 4.  The clerk of court is directed to close the case.  While the case is closed, the parties may make filings seeking to effectuate the terms of the Consent Decree.

SO ORDERED this 3rd day of August, 2017.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge